# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER TACKITT,<br><br>            Plaintiff,<br><br>      v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF MADERA, et al.,<br><br>            Defendants. | Case No.  1:13-cv-01292-AWI-SAB<br><br>ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |

On August 14, 2013, Plaintiff Heather Tackitt ("Plaintiff") filed the complaint in this action. (ECF No. 1.)  On September 27, 2013, Defendants John Johnson, Mark Levin and the Superior Court of the State of California in and for the County of Madera ("Defendants") filed a motion to dismiss. (ECF No. 8.)

The Court has reviewed the pending motion, and due to the Court's impacted docket and priority of criminal cases over civil matters, the Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

Accordingly, it is HEREBY ORDERED that:

1.   The pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone;

1

2. The hearing set for October 28, 2013 at 1:30 p.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii is VACATED; and

3. The parties are hereby informed that Magistrate Judge Stanley A. Boone's Chambers will set a new hearing date at the Court's convenience.

IT IS SO ORDERED.

Dated:   September 30, 2013

SENIOR DISTRICT JUDGE