1  DAN SIEGEL, SBN 56400
   DEAN ROYER, SBN 233292
2  SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for plaintiff
   HEATHER TACKITT
7

FILED
APR 3 0 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEATHER TACKITT, | Case No. 1:13-CV-01292-AWI-SAB |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | Complaint filed: August 14, 2013<br>Trial: Not set |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF MADERA, | |
| Defendant. | |

It is hereby stipulated by all parties to this action by and through their attorneys of record that the above-captioned action be dismissed with prejudice under Rule of the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

---

Tackitt v. Superior Court, No. 1:13-CV-01292-AWI-SAB
Stipulation of Dismissal—1

Dated: April 29, 2014

SIEGEL & YEE

By: s/*Dean Royer*
    Dean Royer

Attorneys for plaintiff
HEATHER TACKITT

Dated: April 29, 2014

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Peter Schaffert

Attorneys for defendant
SUPERIOR COURT OF THE STATE OF
CALIFORNIA IN AND FOR THE COUNTY OF
MADERA

It is so Ordered. Dated: 4-30-14

_____
United States District Judge

---

*Tackitt v. Superior Court*, No. 1:13-CV-01292-AWI-SAB
Stipulation of Dismissal—2